JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GS HOLISTIC, LLC,

          Plaintiff,

v.

KITAM MARKET LLC and MAY ABU MEHSEN,

          Defendant.

Case No. 2:22-CV-04801-AB-AS

**ORDER DISMISSING CIVIL ACTION**

      The Court has been advised that this action has been settled.

      The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 4, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.